UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTECH DIAGNOSTICS, INC.,

      Plaintiff,

v.                                                    Case No. 8:11-cv-02810-T-24 AAS

RONALD W. COOPER, D.V.M., P.A.;
MICHAEL J. KERN; and VICKI S.
SALTON,

      Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of Plaintiff/Judgment Creditor Antech Diagnostics, Inc.'s Second Motion to Implead CrownCooper, LLC and File Supplement Complaint. Doc. 31.  This motion was considered by the United States Magistrate Judge, who filed her report recommending that this Court should grant Plaintiff's Second Motion to Implead CrownCooper, LLC and File Supplement Complaint. Doc. 40. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.[1] Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

---

[1] On November 17, 2016, counsel for Ronald W. Cooper, D.V.M., P.A. appeared and requested an extension of time to file objections. Docs. 42 & 43. The Court granted that request, ordering that Defendant shall file its written objections to the proposed report and recommendation on or before December 2, 2016. Doc. 44.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 40) is adopted and incorporated by reference in this Order of the Court; and

(2) Plaintiff's Second Motion to Implead CrownCooper, LLC and File Supplement Complaint (Doc. 31) is GRANTED.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of December, 2016.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge